981 F.2d 1244
 Earl Jason LARISCEY, Plaintiff-Appellant,
v.
The UNITED STATES, Defendant-Appellee.
 No. 90-5129.
 United States Court of Appeals,
Federal Circuit.
 Dec. 28, 1992.
Rehearing Denied March 3, 1993.
 
 Appealed from U.S. Claims Court; Bohdan A. Futey, Judge.
 John S. Moot, Washington, DC, argued, for plaintiff-appellant, on the brief on Rehearing In Banc. Also on the brief, for plaintiff-appellant were Buel White and Lewis B. Gardner.
 Edward H. Rice, Dept. of Justice, argued, for defendant-appellee, on the brief on Rehearing In Banc, with him on the brief, were Stuart M. Gerson, and Vito J. DiPietro. Also on the brief, for defendant-appellee was Chun-I Chiang. Of counsel, was John Fargo.
 Prior report: 20 Cl.Ct. 385; Fed.Cir., 949 F.2d 1137; 962 F.2d 1047.
 Before NIES, Chief Judge, RICH, NEWMAN, ARCHER, MAYER, MICHEL, PLAGER, LOURIE, CLEVENGER, and RADER, Circuit Judges.*
 ORDER
 PER CURIAM.
 
 
 1
 The judgment in the above appeal is affirmed by an equally divided court.
 
 
 
 *
 Circuit Judge Schall took no part in the decision of this case